**DISMISS and Opinion Filed August 16, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00960-CV**

**CONNIE LOOP, CONNIE LOOP RNFA, LLC, AND SURGICAL STAFFING, LLC D/B/A TX SURG. SERVICES, LLC, Appellants**
**V.**
**DR. DOUGLAS S. WON, MDCL CONSULTING, LTD., AND SKW PARTNERS, LP, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11494**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Bridges

Before the Court is appellants' July 24, 2013 motion to dismiss the appeal. Appellants

have informed the Court that the parties have settled their differences. Accordingly, we grant

appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/David L. Bridges/

130960F.P05                              DAVID L. BRIDGES
                                         JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONNIE LOOP, CONNIE LOOP RNFA, LLC, AND SURGICAL STAFFING, LLC D/B/A TX SURG. SERVICES, LLC, Appellants

No. 05-13-00960-CV          V.

DR. DOUGLAS S. WON, MDCL CONSULTING, LTD., AND SKW PARTNERS, LP, Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-11-11494.
Opinion delivered by Justice Bridges. Justices Moseley and Lang-Miers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, DR. DOUGLAS S. WON, MDCL CONSULTING, LTD., AND SKW PARTNERS, LP, recover their costs of this appeal from appellants, CONNIE LOOP, CONNIE LOOP RNFA, LLC, AND SURGICAL STAFFING, LLC D/B/A TX SURG. SERVICES, LLC.

Judgment entered August 16, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE